1  SHARON L. DOUGLASS MAYO (State Bar No. 150469)
   sharon.douglass.mayo@aporter.com
2  VIKRAM SOHAL (State Bar No. 240251)
   vikram.sohal@aporter.com
3  EMILIA PETERSEN (State Bar No. 253681)
   emilia.petersen@aporter.com
4  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
6  Facsimile: (213) 243-4199

7  Attorneys for Plaintiffs

JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CONTROVERSY MUSIC, WB MUSIC CORP., MASS CONFUSION MUSIC, EMI APRIL MUSIC INC., MUSIC SALES CORP., JOBETE MUSIC CO., INC., BLACK BULL MUSIC, INC., CHINGY MUSIC AND EMPTY HOUSE MUSIC,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW RODERICK HUSTON,<br><br>    Defendant. | Case No. SACV 08-00695-AHS (AGRx)<br><br>JUDGMENT |

1  Defendant Matthew Roderick Huston ("Defendant") having failed to answer or
2  otherwise respond to the Complaint in this action and his Default having been duly
3  entered by the Clerk,
4  NOW, upon the Application of the Plaintiffs and Good Cause appearing
5  therefor, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall
6  have, and the Clerk is hereby ordered to enter, the following JUDGMENT against
7  Defendant:
8  1.  Damages in the sum of $2,000.00 for each count of copyright
9  infringement, for a total of $10,000.00;
10  2.  An injunction restraining Defendant and his respective agents, servants,
11  employees, attorneys, and those persons or entities in active participation and concert
12  with him, from publicly performing, or causing or permitting to be publicly
13  performed, in his business establishment known as Rodericks, located at 14131 Red
14  Hill Avenue, in Tustin, in the State of California, or in any other place owned,
15  controlled or operated by Defendant, any copyrighted musical composition owned by
16  Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs'
17  performing rights licensing organization, the American Society of Composers,
18  Authors and Publishers ("ASCAP"), without first obtaining proper authorization to
19  do so;
20  3.  Attorney's fees in the amount of $4,125.00;
21  4.  Costs of this action; and
22  5.  Interest as permitted by 28 U.S.C. section 1961.
23  IT IS FURTHER ORDERED that the Clerk shall serve this Order on all parties
24  in this action.
25  DATED: November 12, 2008.

ALICEMARIE H. STOTLER
HON. ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE